UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES AARON BROOKS, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-1500 |
| v. | : | (JUDGE MANNION) |
| HUGH J. HURWITZ, | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** the Petitioner's motion for reconsideration of this Court's December 30, 2020 Memorandum and Order is (Doc. 13) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 19, 2021**
19-1500-02-Order